1  LAW OFFICES OF
   **F. ROSS ADKINS**
2  25 PACIFIC AVENUE MALL
   SAN FRANCISCO, CALIFORNIA 94111
3  TELEPHONE (415) 981-5200

4  Norman La Force, Esq./#102772

5

6  Attorney for Plaintiff, CONNECTICUT GENERAL LIFE INSURANCE COMPANY

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | CONNECTICUT GENERAL LIFE
   | INSURANCE COMPANY
12 |
   |                                    NO. CIV S-99-0119 MLS GGH
   |         Plaintiff,
13 |
   | vs.                                JUDGMENT OF DISMISSAL
14 |
   | LARRY EDWARDS, LUCIAN
15 | MCKINNEY LILLIAN MAE
   | MCGEE, AND THE ESTATE OF
16 | TOMMYE JOHNSON,

17 |         Defendants.
   | _____/
18

19     Plaintiff Connecticut General Life Insurance Company (CGLIC) interpleaded
20  the life insurance benefits of Johnny Johnson in the amount of $5,000 plus any interest
21  thereon as set forth in its complaint.  The benefit is provided to him through his
22  employer's employee welfare benefit plan which is governed by the Employee
23  Retirement Income Security Act (ERISA), 29 U.S.C. Section 1001 et. seq.  Defendant
24  Larry Edwards made a claim for these benefits on behalf of himself and the Estate of
25  Tommye Johnson, alleged to be the wife of Johnny Johnson.  Defendant Lucian
26  McKinney also made claim to the proceeds as heir of Johnny Johnson.  Gail Moore
27  appeared in the case to claim a lien on the proceeds.  Defendant Lillie McGee also
28  made a claim for the same proceeds.

All Defendants were served with the complaint in interpleader and only Lucian McKinney answered the complaint. Lillian McGee did not answer and has disclaimed all right or interest in the insurance proceeds. Larry Edwards as executor of the estate of Tommye Johnson for himself and any heirs, legatees, assigns, successors, or others claiming any interest in the estate of Tommye Johnson did not answer the complaint and has disclaimed all rights or interest in the insurance proceeds.

It was further claimed that Johnny Johnson had a daughter who left the family in or around 1972 and has never been seen or heard from since. The parties hereto have exercised due diligence in attempting to locate this daughter, but it is unknown where she is or whether she is still alive. Therefore, the Court orders, adjudges, and decrees as follows:

1. Plaintiff Connecticut General Life Insurance Company (CGLIC) is discharged from any and all liability to all of the Defendants, to the lien claimant Gail Moore, and to each of them, and to any unnamed and unknown claimants or heirs, including the daughter of Johnny Johnson, with regard to the claim that may be made against the life insurance proceeds interpleaded in this action.

2. This action shall be dismissed with prejudice in favor of Plaintiff and against Defendants and the lien claimant as set forth below with each Defendant and the lien claimant bearing his or her own costs and attorneys' fees.

3. Plaintiff is awarded $1,250.00 (twelve hundred and fifty dollars) as payment for attorney's fees and costs, said sum to be deducted from the policy proceeds and the Clerk of the Court is directed to issue a draft in that amount and payable to Connecticut General Life Insurance Company and mailed to Plaintiff's counsel.

4. The Clerk of the Court shall issue a further draft for the remaining amount made out to Lucian McKinney and Gail Moore and their attorney of record Joseph Marman and mailed to Mr. Marman's address.

1
2   DATED: 7/19/99
3                                                   _____
                                                    Judge, United States District Court
4
5
6   **APPROVED AS TO FORM:**
7
8   _____ 6-30-99
    JOSEPH MARMAN
9   Attorney for Defendant
    Lucian McKinney and
10  Lien Claimant
    Gail Moore
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
for the
Eastern District of California
July 19, 1999

* * CERTIFICATE OF SERVICE * *

2:99-cv-00119

Connecticut General

v.

Edwards

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 19, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Norman Charles LaForce              MP/MLS
Law Office of Norman LaForce
25 Pacific Avenue Mall              VC/GGH
San Francisco, CA  94111

Joseph H Marman
Law Office of Joseph H Marman
6060 Sunrise Vista
Suite 1825
Citrus Heights, CA  95610-7004
```

Jack L. Wagner, Clerk

BY: /s/
    Deputy Clerk